110

81 A.3d 881

Frances KEENE

v.

WORKERS' COMPENSATION APPEAL
BOARD (OGDEN CORPORATION).

Petition of Ogden Corporation.

Supreme Court of Pennsylvania.

Dec. 9, 2013.

## ORDER

PER CURIAM.

AND NOW, this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the matter is remanded for reconsideration in light of *City of Pittsburgh and UPMC Benefit Management Services, Inc. v. Workers' Compensation Appeal Board (Robinson),* 620 Pa. 345, 67 A.3d 1194 (2013). The Petition for Supersedeas is **DENIED.**